UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


RONALD LEO MONVILLE, II,

       Plaintiff,                    Case No. 10-cv-10894

v.                                  HONORABLE STEPHEN J. MURPHY, III

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.

_____/

**JUDGMENT**

       **IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Opinion and Order

dated September 27, 2011, the complaint is **DISMISSED WITH PREJUDICE**.

       Dated at Detroit, Michigan this 28th day of September.


                                       DAVID J. WEAVER
                                       CLERK OF THE COURT


                                       BY: s/C. Cohron

APPROVED:

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties
and/or counsel of record on September 28, 2011, by electronic and/or ordinary mail.

                          s/Carol Cohron_____
                          Case Manager